412 A.2d 882

**COMMONWEALTH of Pennsylvania,**

**v.**

**Irvin GASS, Appellant.**

Supreme Court of Pennsylvania.

Argued March 12, 1980.

Decided April 10, 1980.

Bruce M. Johnson, Meadville, for appellant.

Donald E. Lewis, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM:

Judgment of sentence affirmed.